# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LORI DUNN, | |
|            Plaintiff, | 2:12-cv-01660-GMN-VCF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
|            Defendant. | [Defendant Wal-Mart Stores, Inc.'s Motion for Protective Order regarding Plaintiff's Requests for Production (#10) and Stipulation to Submit the Claims Log Notes of Claims Management, Inc., for In Camera Review (#15)] |

Before the Plaintiff's Motion to Extend Discovery Beyond Discovery Deadline (#14) and Stipulation to Submit the Claims Log Notes of Claims Management, Inc., for In Camera Review (#15).

IT IS HEREBY ORDERED that a hearing is scheduled for April 12, 2013 at 2:00 p.m. in Courtroom 3D.

IT IS FURTHER ORDERED that Defendant lodge their privilege log with the Court on or before March 22, 2013.

DATED this 5th day of March, 2013.

                                                    CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE