1 BRENDA H. ENTZMINGER
Nevada Bar No. 9800
2 **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
3 Las Vegas, Nevada 89101
(702) 938-1510
4

5 *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
6

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

9 LORI DUNN,

Case No.: 2:12-CV-01660-GMN-VCF

10           Plaintiff,

**STIPULATION AND ORDER FOR**
11 v.
**DISMISSAL WITH PREJUDICE**

12 WAL-MART STORES, INC.; DOES 1 through
5; and ROE CORPORATIONS 6 through 10,
13 inclusive,

14           Defendants.

15    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

17

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

- 1 -

party's own costs and attorney's fees.

DATED this 21st day of April, 2014.

**VANNAH & VANNAH**

_____
TAMARA V. LILE, ESQ.
400 South Fourth Street, Sixth Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED this 23rd day of April, 2014.

**PHILLIPS, SPALLAS & ANGSTADT**

_____  NV BAR # 11487
BRENDA H. ENTZMINGER
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant
Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

**DATED** this 24th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court